UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JERRY DOWDY                                                                         PLAINTIFF

V.                                      CIVIL ACTION NO. 3:20-CV-781-KHJ-LGI

DENT AIR CONDITIONING COMPANY                                    DEFENDANT

ORDER OF DISMISSAL

The parties have announced to the Court a settlement of this case, and the Court desires this matter be closed on its docket.

IT IS, THEREFORE, ORDERED that this case is dismissed with prejudice as to all parties. If any party fails to execute or comply with the settlement agreement, an aggrieved party or parties may reopen the case to enforce the settlement agreement. If successful, all additional attorney's fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to execute or comply with the settlement agreement.

The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 17th day of November, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE